UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COREY PRESSLEY,

    Plaintiff,

v.                                         Case No. 6:24-cv-866-RBD-RMN

ROADSAFE TRAFFIC SYSTEMS,
INC.,

    Defendant.
_____

**ORDER**

In this Fair Labor Standards Act case, the parties moved for approval of their settlement agreement (Doc. 36-1 ("Agreement")). (Doc. 36 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 37 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 37) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Motion (Doc. 36) is **GRANTED**.

3. The Agreement (Doc. 36-1) is **APPROVED** as fair and reasonable.

4. This case is **DISMISSED WITH PREJUDICE**. The Court declines to retain jurisdiction to enforce the terms of the Agreement.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 19, 2025.

*[signature]*
ROY B. DALTON, JR.
United States District Judge